Mark Crabtree, OSB #015070
mark.crabtree@jacksonlewis.com
Anthony Blake, OSB #163446
anthony.blake@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FELIX LOPEZ ROMERO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OLD CHICAGO TAPROOM II LLC,<br><br>Defendant. | Case No.: 3:26-cv-00148<br><br>**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION**<br><br>**(DIVERSITY JURISDICTION)** |

TO:  Clerk of the Court;

AND TO:  Plaintiff Felix Lopez Romero and her attorney of record:

PLEASE TAKE NOTICE that Defendant Old Chicago Taproom II LLC ("Defendant")

hereby removes this action from the Circuit Court of the State of Oregon for the County of

Page 1 – DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION

Washington to the United States District Court for the District of Oregon and in support respectfully states as follows:

1.      Defendant is a party in a civil action brought against it in the Circuit Court of the State of Oregon for the County of Washington entitled: *Felix Lopez Romero v. Old Chicago Taproom II LLC.* Copies of the Summons, Complaint and First Request for Production in that action are attached to this Notice of Removal ("Notice") as Exhibit 1 and constitute all process, pleadings, and orders that have been served on Defendant in that action up to the present date.

2.      The state court action was commenced when a Complaint was filed with the county clerk of Washington County, Oregon, on or about December 16, 2025. On December 23, 2025, a copy of the Summons and Complaint were served on Defendant. Defendant has filed no pleadings in response to the Complaint. This notice of removal is filed within thirty (30) days after service of process.

3.      Defendant is a Delaware corporation with its principal place of business in Tennessee. Defendant is therefore a citizen of both the state of Delaware and the state of Tennessee. 28 U.S.C. § 1332(c)(1).

4.      Based on information and belief, Plaintiff is a citizen of Oregon. *See* Compl. ¶ 1.

5.      Because this action is between citizens of different states, the complete diversity requirement under 28 U.S.C. § 1332 is satisfied.

6.      The amount in controversy exceeds $75,000. *See* Compl. ¶ 45. Accordingly, the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332 is satisfied.

7.      The United States District Court for the District of Oregon, Portland Division, is the federal district within which the above-described Washington County Circuit Court action was commenced.

8.      A copy of this Notice of Removal will be served on Plaintiff as affirmed in the attached declaration of service.

Page 2 – DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION

9.      Defendant acknowledges that 28 U.S.C. § 1446(d) also requires that a copy of the federal court Notice of Removal be filed with the Washington County Circuit Court and will accordingly file it with the Washington County Circuit Court.

10.     The Notice is signed pursuant to Federal Rules of Civil Procedure 11.

WHEREFORE, Defendant prays for removal of the action pending in the Circuit Court of the State of Oregon for Washington County bearing case No. 25cv66510, to this court, pursuant to 28 U.S.C. § 1332.


DATED:  January 22, 2026.

                                        Respectfully Submitted,
                                        JACKSON LEWIS P.C.


                                        By:    *s/ Anthony Blake*
                                              Mark Crabtree, OSB #015070
                                              mark.crabtree@jacksonlewis.com
                                              Anthony Blake, OSB #163446
                                              anthony.blake@jacksonlewis.com
                                              Attorneys for Defendant


Page 3 – DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405 (fax)

**DECLARATION OF SERVICE**

I hereby certify that I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL**

**TO FEDERAL JURISDICTION** via:

    ☐ Electronic Mail

    ☐ US Postal Service

    ■ CM/ECF

    ☐ Facsimile Service

    ☐ Hand Delivery

    ☐ UPS

as follows on the date stated below:

    Samuel Hernandez, OSB #104017
    AmicusPoint Law LLC
    9600 SW Oak St., Ste. 325
    Tigard, OR 97223
    Samuel.Hernandez@amicuspoint.com

        *Attorney for Plaintiff*

DATED this 22nd day of January, 2026.

        By:     *s/ Delores Petrich*
                 Delores Petrich

4931-1050-5863, v. 1

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405 (fax)